Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ashley Gennock and Randy Nunez )
)   Case No: 18-01891-DMR
)
            Plaintiff(s),   )
)   **APPLICATION FOR**
    v.   )   **ADMISSION OF ATTORNEY**
)   **PRO HAC VICE**
Facebook, Inc. and Cambridge Analytica )   (CIVIL LOCAL RULE 11-3)
)
            Defendant(s).   )
)

    I, Karen H. Riebel, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ashley Gennock and Randy Nunez in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 Washington Ave S., Suite 2200<br>Minneapolis, MN 55401 | 1350 Columbia St., Suite 603<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(612) 339-6900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 762-1900 |
| MY EMAIL ADDRESS OF RECORD:<br>khriebel@locklaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tcarpenter@carlsonlynch.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 219770.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/03/18

Karen H. Riebel
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Karen H. Riebel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE
