Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Ashley Gennock and Randy Nunez    )
    )  Case No: _18-01891-DMR_
       Plaintiff(s),    )
    )  **APPLICATION FOR**
    v.    )  **ADMISSION OF ATTORNEY**
    )  **PRO HAC VICE**
Facebook, Inc. and Cambridge Analytica )  (CIVIL LOCAL RULE 11-3)
    )
       Defendant(s).    )

I, Kate M. Baxter-Kauf , an active member in good standing of the bar of Minnesota , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Ashley Gennock and Randy Nunez in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 100 Washington Ave S., Suite 2200<br>Minneapolis, MN 55401 | 1350 Columbia St., Suite 603<br>San Diego, CA 92101 |
| My telephone # of record:<br>(612) 339-6900 | Local co-counsel's telephone # of record:<br>(619) 762-1900 |
| My email address of record:<br>kmbaxter-kauf@locklaw.com | Local co-counsel's email address of record:<br>tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0392037 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/03/18

                                  Kate M. Baxter-Kauf
                                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kate M. Baxter-Kauf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                               UNITED STATES DISTRICT/MAGISTRATE JUDGE