| | |
|---|---|
| Todd D. Carpenter (CA 234464) <br> tcarpenter@carlsonlynch.com <br> Brittany C. Casola (CA 306561) <br> bcasola@carlsonlynch.com <br> **CARLSON LYNCH SWEET** <br> **KILPELA & CARPENTER, LLP** <br> 1350 Columbia Street, Suite 603 <br> San Diego, California 92101 <br> Telephone: (619) 762-1900 <br> Facsimile: (619) 756-6991 <br><br> Gary F. Lynch (Pro Hac Vice to be Filed) <br> glynch@carlsonlynch.com <br> Kelly K. Iverson (Pro Hac Vice to be Filed) <br> kiverson@carlsonlynch.com <br> **CARLSON LYNCH SWEET** <br> **KILPELA & CARPENTER, LLP** <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA 15222 <br> Telephone: (412) 322-9243 <br> Facsimile: (412) 231-0246 <br><br> Karen Hanson Riebel (Pro Hac to be Filed) <br> khriebel@locklaw.com <br> Kate M. Baxter-Kauf (Pro Hac to be Filed) <br> Kmbaxter-kauf@locklaw.com <br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900) <br> Facsimilie: (612) 339-0981 | Arthur M. Murray (Pro Hac to be Filed) <br> amurray@murray-lawfirm.com <br> Caroline W. Thomas (Pro Hac to be Filed) <br> cthomas@murray-lawfirm.com <br> **MURRAY LAW FIRM** <br> 650 Poydras Street, Suite 2150 <br> New Orleans, LA 70130 <br> Telephone: (504) 525-8100 <br> Facsimile: (504) 584-5249 <br><br> Kenneth W. DeJean (Pro Hac to be Filed) <br> kwdejean@kwdejean.com <br> Adam R. Credeur (Pro Hac to be Filed) <br> adam@kwdejean.com <br> **LAW OFFICES OF KENNETH W. DEJEAN** <br> 417 W. University Avenue (70506) <br> Post Office Box 4325 <br> Lafayette, LA 70502 <br> Telephone: (337) 235-5294 <br> Facsimile: (337) 235-1095 |

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, individually and on behalf of all Others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC. and CAMBRIDGE ANALYTICA <br><br> Defendants. | No. 4:18-cv-01891-DMR <br><br> **NOTICE OF CERTIFICATE OF GOOD STANDING FOR KAREN H. RIEBEL** |