AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_____ District of Minnesota _____

## CERTIFICATE OF GOOD STANDING

I, _____Richard D. Sletten_____, Clerk of this Court, certify that

____Karen Hanson Riebel____, Bar # ____219770____, was duly admitted to practice

in this Court on ____March 20, 1992____, and is in good standing as a member of

the Bar of this Court.

Dated at ____Minneapolis____ on ____April 11, 2016____.

RICHARD D. SLETTEN, CLERK

(By)   Katie Thompson, Deputy Clerk