| | |
|---|---|
| Todd D. Carpenter (CA 234464)<br>    tcarpenter@carlsonlynch.com<br>Brittany C. Casola (CA 306561)<br>    bcasola@carlsonlynch.com<br>**CARLSON LYNCH SWEET**<br>**KILPELA & CARPENTER, LLP**<br>1350 Columbia Street, Suite 603<br>San Diego, California 92101<br>Telephone: (619) 762-1900<br>Facsimile: (619) 756-6991<br><br>Gary F. Lynch (Pro Hac Vice to be Filed)<br>    glynch@carlsonlynch.com<br>Kelly K. Iverson (Pro Hac Vice to be Filed)<br>    kiverson@carlsonlynch.com<br>**CARLSON LYNCH SWEET**<br>**KILPELA & CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>Facsimile: (412) 231-0246<br><br>Karen Hanson Riebel (Pro Hac to be Filed)<br>    khriebel@locklaw.com<br>Kate M. Baxter-Kauf (Pro Hac to be Filed)<br>    Kmbaxter-kauf@locklaw.com<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900)<br>Facsimilie: (612) 339-0981 | Arthur M. Murray (Pro Hac to be Filed)<br>    amurray@murray-lawfirm.com<br>Caroline W. Thomas (Pro Hac to be Filed)<br>    cthomas@murray-lawfirm.com<br>**MURRAY LAW FIRM**<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone: (504) 525-8100<br>Facsimile: (504) 584-5249<br><br>Kenneth W. DeJean (Pro Hac to be Filed)<br>    kwdejean@kwdejean.com<br>Adam R. Credeur (Pro Hac to be Filed)<br>    adam@kwdejean.com<br>**LAW OFFICES OF KENNETH W. DEJEAN**<br>417 W. University Avenue (70506)<br>Post Office Box 4325<br>Lafayette, LA 70502<br>Telephone: (337) 235-5294<br>Facsimile: (337) 235-1095 |

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, individually and on behalf of all Others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>                  Defendants. | No. 4:18-cv-01891-DMR<br><br>**NOTICE OF CERTIFICATE OF GOOD STANDING FOR KATE M. BAXTER-KAUF** |

526443.1          - 1 -