AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_____ District of Minnesota _____

## CERTIFICATE OF GOOD STANDING

I, _____Richard D. Sletten_____, Clerk of this Court, certify that

\_\_\_\_Kate M. Baxter-Kauf\_\_\_\_, Bar #\_\_\_392037\_\_\_, was duly admitted to practice

in this Court on \_\_\_November 14, 2012\_\_\_, and is in good standing as a member

of the Bar of this Court.

Dated at \_\_\_Minneapolis\_\_\_ on \_\_\_July 25, 2017\_\_\_.

RICHARD D. SLETTEN, CLERK

_____
(By)   Sarah Erickson, Deputy Clerk