1  Todd D. Carpenter (CA 234464)
       tcarpenter@carlsonlynch.com
2  Brittany C. Casola (CA 306561)
       bcasola@carlsonlynch.com
3  **CARLSON LYNCH SWEET**
   **KILPELA & CARPENTER, LLP**
4  1350 Columbia Street, Suite 603
   San Diego, California 92101
5  Telephone: (619) 762-1900
   Facsimile: (619) 756-6991
6
   Gary F. Lynch (Pro Hac Vice to be Filed)
7      glynch@carlsonlynch.com
   Kelly K. Iverson (Pro Hac Vice to be Filed)
8      kiverson@carlsonlynch.com
   **CARLSON LYNCH SWEET**
9  **KILPELA & CARPENTER, LLP**
   1133 Penn Avenue, 5th Floor
10 Pittsburgh, PA 15222
   Telephone: (412) 322-9243
11 Facsimile: (412) 231-0246
12 Karen Hanson Riebel (Pro Hac to be Filed)
       khriebel@locklaw.com
13 Kate M. Baxter-Kauf (Pro Hac to be Filed)
       Kmbaxter-kauf@locklaw.com
14 **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
   100 Washington Avenue South, Suite 2200
15 Minneapolis, MN 55401
   Telephone: (612) 339-6900
16 Facsimilie: (612) 339-0981
17 *Attorneys for Plaintiffs and the Classes*

Arthur M. Murray (Pro Hac to be Filed)
    amurray@murray-lawfirm.com
Caroline W. Thomas (Pro Hac to be Filed)
    cthomas@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

Kenneth W. DeJean (Pro Hac to be Filed)
    kwdejean@kwdejean.com
Adam R. Credeur (Pro Hac to be Filed)
    adam@kwdejean.com
**LAW OFFICES OF KENNETH W. DEJEAN**
417 W. University Avenue (70506)
Post Office Box 4325
Lafayette, LA 70502
Telephone: (337) 235-5294
Facsimile: (337) 235-1095

18
19 **UNITED STATES DISTRICT COURT**
20 **NORTHERN DISTRICT OF CALIFORNIA**

21 ASHLEY GENNOCK and RANDY
   NUNEZ, individually and on behalf of all
22 Others similarly situated,

23                          Plaintiffs,

24 v.

25 FACEBOOK, INC. and CAMBRIDGE
   ANALYTICA
26
27                          Defendants.
28

No. 4:18-cv-01891-DMR

**NOTICE OF CERTIFICATE OF
GOOD STANDING FOR
KAREN H. RIEBEL**

NOTICE OF CERTIFICATE OF GOOD STANDING FOR KAREN H. RIEBEL