AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Karen Hanson Riebel, Bar # 219770, was duly admitted to practice in this Court on 03/20/1992, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, MN    on    04/04/2018
        *(Location)*              *(Date)*

Kate M. Fogarty
CLERK

*DEPUTY CLERK*