

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Gary F. Lynch, Esq.*

**DATE OF ADMISSION**

*December 4, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 6, 2017

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk