Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GENNOCK, et. al. | Case No: 4:18-CV-1891-D |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| FACEBOOK, INC., et al. | |
| Defendant(s). | |

I, Kelly K. Iverson, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Gennock and Nunez in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1133 Penn Ave. 5th Floor<br>Pittsburgh, PA 15222 | 1350 Columbia St. Ste. 603<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 322-9243 | (619) 762-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kiverson@carlsonlynch.com | tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307175.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/05/18

Kelly K. Iverson
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kelly K. Iverson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE