

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Kelly Kathleen Iverson, Esq.*

### DATE OF ADMISSION

*November 4, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 4, 2018

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk