| Attorney or Party without Attorney: <br> Todd Carpenter, Esq., Bar #234464 <br> Carlson Lynch Sweet Kilpela & Carpenter <br> 1350 Columbia Street, Suite 603 <br> San Diego, CA 92101 <br> Telephone No: 619-762-1910  FAX No: 619-756-6991 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Ashley Gennock, et al.
Defendant: Facebook, Inc.

| AFFIDAVIT OF SERVICE <br> Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 18CV01891DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; ECF Registration Information; Notice of Lawsuit and Request to Waive Service; Notice of Assignment to U S Magistrate Judge For Trial; Consent / Decline to Magistrate Judge Jurisdiction; Oakland Filing Procedures

3. a. Party served: Cambridge Analytica LLC
   b. Person served: Amy McLaren, Service of Process Intake Clerk, Caucasian, Female, 34-37 Years Old, Brown Hair, 5'6", 135 Pounds.

4. Address where the party was served: The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Apr. 04, 2018 (2) at: 8:55AM

7. **Person Who Served Papers:**
   a. Daryl Wooding
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   4-5-18 (Date)   (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle
   Subscribed and sworn to (or affirmed) before me on this 5th day of April, 2018 by Daryl Wooding proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   ca22.176871