| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Todd Carpenter, Esq., Bar #234464<br>Carlson Lynch Sweet Kilpela & Carpenter<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>*Telephone No:* 619-762-1910   *FAX No:* 619-756-6991 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Northern District Of California |
| *Plaintiff:* Ashley Gennock, et al. |
| *Defendant:* Facebook, Inc. |

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>18CV01891DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Donna M. Ryu; ECF Registration Information; Notice of Lawsuit and Request to Waive Service; Notice of Assignment to U S Magistrate Judge For Trial; Consent / Decline to Magistrate Judge Jurisdiction; Oakland Filing Procedures

3. a. *Party served:*    Facebook, Inc.
   b. *Person served:*    Bill Jacobs, Service of Process Intake Clerk, Caucasian, Male, 37 Years Old, Brown Hair, 5 Feet 7 Inches, 175 Pounds

4. *Address where the party was served:*    Corporation Service Company
   2710 Gateway Oaks Drive
   Suite 150N
   Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Apr. 03, 2018 (2) at: 1:49PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   1998-61
      (iii) *County:*   Sacramento
      (iv)  *Expiration Date:*   Wed, Jun. 27, 2018

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: *Wed, Apr. 04, 2018*

PROOF OF SERVICE
Summons & Complaint

(Jason Marshall)

ca22.176870