Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ASHLEY GENNOCK, et. al.

Plaintiff(s),

v.

FACEBOOK, INC., et al.

Defendant(s).

Case No: 4:18-CV-1891-D

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kenneth W. DeJean, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Gennock and Nunez in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>417 W. University Ave<br>Lafayette, LA 70506 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1350 Columbia St. Ste. 603<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(337) 235-5294 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 762-1900 |
| MY EMAIL ADDRESS OF RECORD:<br>kwdejean@kwdejean.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4817.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/09/18

Kenneth W. DeJean
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kenneth W. DeJean is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                           October 2012