# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana,

do hereby certify that

### *ARTHUR M. MURRAY ESQ., #27694*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and

the several courts of the State of Louisiana, on the 28th Day of September, 2001 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court, at

the City of New Orleans, this the 20th Day of

September, 2017, A.D.

Clerk of Court
Supreme Court of Louisiana