1 | Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
2 | Ashlee N. Lin (SBN 275267)
anlin@milbank.com
3 | MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
4 | Los Angeles, California 90067
Telephone: (424) 386-4000
5 | Facsimile: (213) 629-5063

6 | *Attorneys for Defendant Cambridge Analytica, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01891-VC<br><br>**NOTICE OF APPEARANCE OF MARK C. SCARSI**<br><br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the following individuals hereby enter their appearance as counsel of record on behalf of Defendant Cambridge Analytica, LLC ("CA") and are authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of CA:

> Mark C. Scarsi (SBN 183926)
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 2029 Century Park East 33rd Floor
> Los Angeles, California 90067
> Telephone: (424) 386-4000
> Facsimile: (213) 629-5063
> Email: mscarsi@milbank.com

Mr. Scarsi is admitted to practice and is in good standing in the State of California, and is admitted to practice in the United States District Court for the Northern District of California.

DATED: April 24, 2018     By: /s/ Mark C. Scarsi
       Mark C. Scarsi (SBN 183926)
       mscarsi@milbank.com
       Ashlee N. Lin (SBN 275267)
       anlin@milbank.com
       MILBANK, TWEED, HADLEY & McCLOY LLP
       2029 Century Park East 33rd Floor
       Los Angeles, California 90067
       Telephone: (424) 386-4000
       Facsimile: (213) 629-5063

       *Attorneys for Defendant Cambridge Analytica, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 24, 2018.

      /s/ Ashlee N. Lin
      Ashlee N. Lin