Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant Cambridge Analytica, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01891-VC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))**<br><br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rule 6-1(a), Defendant Cambridge Analytica, LLC ("Cambridge Analytica") and Plaintiffs Ashley Gennock and Randy Nunez hereby stipulate as follows:

**WHEREAS**, the Plaintiffs filed the present action on March 27, 2018;

**WHEREAS**, Plaintiffs served Cambridge Analytica on April 4, 2018;

**WHEREAS**, the initial deadline for Cambridge Analytica to answer or otherwise respond to the Complaint is April 25, 2018;

**WHEREAS**, the present action is subject to a Motion for Transfer of Actions to the Northern District of California and for Consolidation Pursuant to 28 U.S.C. § 1407 ("Motion to Consolidate") pending before the Judicial Panel on Multidistrict Litigation ("JPML") (*In re Facebook User Profile Litigation*, MDL No. 2843, ECF No. 1.);

**WHEREAS**, on April 18, 2018, Defendant Facebook, Inc. filed a Motion to Stay (ECF No. 37) all proceedings until a decision by the JPML on the Motion to Consolidate and Plaintiffs consented to that Motion;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED:

Cambridge Analytica's time to answer or otherwise respond to the Complaint shall be extended by until 14 days after a decision by the JPML on the Motion to Consolidate. This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines.

**Local Rule 5-1(i)(3) Attestation**

I, Mark C. Scarsi, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 24, 2018

By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant*
*Cambridge Analytica, LLC*

DATED: April 24, 2018

By: /s/ Arthur M. Murray
Arthur M. Murray (SBN 27694)
amurray@murray-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 525-8100

*Attorney for Plaintiffs*
*Ashley Gennock and Randy Nunez*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 24, 2018.

        /s/ Ashlee N. Lin
        Ashlee N. Lin