Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br>Defendants. | CASE NO. 3:18-CV-01891-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION**<br><br>**DEFENDANT FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO STAY**<br><br>Hearing Date: May 24, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, |

*(additional captions below)*

Gibson, Dunn &
Crutcher LLP

| | | |
|---|---|---|
| 1 | LAUREN PRICE, on behalf of herself and all others similarly situated, | |
| 2 | | CASE NO. 3:18-CV-01732-VC |
| 3 | Plaintiffs, | **SAN FRANCISCO DIVISION** |
| 4 | v. | |
| 5 | FACEBOOK, INC. and CAMBRIDGE ANALYTICA, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | | |
| 9 | JONATHAN D. RUBIN on behalf of himself and all others similarly situated, | |
| 10 | Plaintiff, | CASE NO. 3:18-CV-01852-VC **SAN FRANCISCO DIVISION** |
| 11 | v. | **CONSENT MOTION** |
| 12 | FACEBOOK, INC., SCL GROUP, GLOBAL SCIENCE RESEARCH LTD., and | |
| 13 | CAMBRIDGE ANALYTICA LLC | |
| 14 | Defendants. | |
| 15 | | |
| 16 | HOWARD O'KELLY, on behalf of himself and all others similarly situated, | |
| 17 | Plaintiffs, | CASE NO. 3:18-CV-01915-VC **SAN FRANCISCO DIVISION** |
| 18 | v. | **CONSENT MOTION** |
| 19 | FACEBOOK, INC. and CAMBRIDGE ANALYTICA | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| THERESA BEINER and BRANDON HAUBERT, et al., on behalf of themselves and all others similarly situated, | CASE NO. 3:18-CV-01953-VC **SAN FRANCISCO DIVISION** |
| Plaintiffs, | |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC | |
| Defendants. | |
| SUZIE HASLINGER, on behalf of herself and all others similarly situated, | CASE NO. 3:18-CV-01984-VC **SAN FRANCISCO DIVISION** |
| Plaintiff, | |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC | |
| Defendants. | |
| DEBRA KOOSER and MARGARET FRANKIEWICZ, on behalf of themselves and all others similarly situated, | CASE NO. 3:18-CV-02009-VC **SAN FRANCISCO DIVISION** |
| Plaintiffs, | |
| v. | **CONSENT MOTION** |
| FACEBOOK, INC., CAMBRIDGE ANALYTICA, SCL Group, Ltd, and Global Science Research Ltd. | |
| Defendants. | |

| | |
|---|---|
| TAYLOR PICHA, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>              Defendants. | CASE NO. 3:18-CV-02090-VC<br>**SAN FRANCISCO DIVISION** |
| CHRISTINA LABAJO, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>              Defendants. | CASE NO. 3:18-CV-02093-VC<br>**SAN FRANCISCO DIVISION** |
| JOSHUA IRON WING and RYAN MCGRATH, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC.<br><br>              Defendant. | CASE NO. 3:18-CV-02122-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| SANFORD BUCKLES, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>    Defendant. | CASE NO. 3:18-CV-02189-VC<br>**SAN FRANCISCO DIVISION** |
| LUCY GERENA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>FACEBOOK, INC.<br><br>    Defendant | CASE NO. 3:18-CV-02201-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| PATRICIA KING, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC<br><br>    Defendants. | CASE NO. 3:18-CV-02276-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

Gibson, Dunn & Crutcher LLP

1    Facebook, Inc. ("Facebook") respectfully submits this reply in support of its April 18, 2018

2    Motion to Stay, currently noticed for argument on May 24, 2018.

3    Plaintiffs' oppositions to Facebook's motion to stay all proceedings pending a ruling from the

4    JPML in MDL No. 2843 were due on May 2, 2018.  As of today, no plaintiff has lodged an opposi-

5    tion.  Prior to filing, plaintiffs in *Rubin*, *Gennock*, *O'Kelly*, *Beiner*, *Haslinger*, *Kooser*, *Iron Wing*,

6    *Gerena* and *King* consented to this relief.  *O'Kelly* filed a response indicating no objection "provided

7    it is entered without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary,"

8    which the proposed order already provides.  *O'Kelly*, Dkt. 16.  *Gerena* also filed a document indicat-

9    ing plaintiffs' "nonopposition" to the stay.  *Gerena*, Dkt. 18.  *Rubin* also filed a pleading indicating

10   that he "agrees to Facebook's Motion to Stay."  *Rubin*, Dkt. 32.  Other plaintiffs have not filed any

11   response.

12   As plaintiffs have not opposed Facebook's requested relief, Facebook respectfully requests

13   that the Court enter Facebook's proposed order and, pursuant to Local Rule 7-1(b), that the Court do

14   so without holding argument.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1   DATE:  May 9, 2018               Respectfully submitted,

2                               **GIBSON, DUNN & CRUTCHER, LLP**

3                                 By: */s/ Joshua S. Lipshutz*

4                               Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn &
Crutcher LLP