UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. RUBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No.  18-cv-01852-VC<br><br>**ORDER RE MOTION TO WITHDRAW** |
| ASHLEY GENNOCK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No.  18-cv-01891-VC |
| THERESA BEINER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No.  18-cv-01953-VC |
| SUZIE HASLINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No.  18-cv-01984-VC |

| | |
|---|---|
| CHRISTINA LABAJO,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK INC., et al.,<br><br>        Defendants. | Case No.  18-cv-02093-VC |

The motion to withdraw is denied without prejudice to renewal after the Judicial Panel on Multidistrict Litigation has made its determination in *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, Case No. 2843.

**IT IS SO ORDERED.**

Dated: May 21, 2018

                                              VINCE CHHABRIA
                                              United States District Judge