Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GENNOCK and RANDY NUNEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | Case No. 3:18-cv-01891-VC<br><br>**RENEWED NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>Hearing Date: July 12, 2018<br>Hearing Time: 10:00 a.m.<br>Department: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 12, 2018 at 10:00 a.m., or as soon thereafter as the subject matter of this Motion may be heard before the Honorable Vince Chhabria, in Courtroom 4, on the 17th floor of the above-captioned court located at 450 Golden Gate Avenue, San Francisco, California 94102, attorneys of record for Defendant Cambridge Analytica, LLC will and hereby do move for an Order withdrawing Mark C. Scarsi and Ashlee N. Lin of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as its attorneys of record in this case.

Milbank bases this Motion on the following motion and all records on file with the court in connection with this case or which may be submitted prior to the time of the hearing.

Milbank hereby moves the Court for an order withdrawing Mark C. Scarsi and Ashlee N. Lin, each of the law firm of Milbank, Tweed, Hadley & McCloy LLP, as attorneys of record for Defendant Cambridge Analytica, LLC ("CA"), and states as follows.

1. On May 2, 2018, SCL Elections Ltd., as well as certain of its and CA's U.K. affiliates (collectively, the "Company") filed applications to commence insolvency proceedings in the U.K. The Company is immediately ceasing all operations and the boards have appointed insolvency practitioners Crowe Clark Whitehill LLP to act as the independent administrator for the Company.

2. On May 17, 2018, parallel bankruptcy proceedings were commenced on behalf of CA and certain of the Company's U.S. affiliates in the United States Bankruptcy Court for the Southern District of New York. *In re Cambridge Analytica LLC*, No. 18-11500-shl, ECF No. 1 (Bankr. S.D.N.Y. May 17, 2018). CA has ceased all operations.

3. Milbank and CA agree that Milbank is no longer representing CA in this litigation. Indeed, CA notified Milbank that CA no longer requires or desires Milbank's representation, rendering it unreasonably difficult (if not impossible) for Milbank to continue to represent CA. CA no longer consults or communicates with Milbank as its counsel, and Milbank is no longer authorized to act on CA's behalf. Other than to the extent necessary for Milbank to withdraw as CA's counsel, there is no ongoing communication between Milbank and CA regarding this case. Milbank is not privy to confidential information regarding CA's activity in its bankruptcy matters or even in the pending litigation.

4. CA no longer has any fee arrangement with Milbank, and Milbank will thus not be compensated for any legal services performed for CA going forward.

5. Pursuant to L.R. 11-5, written notice has been given to the client and to all other parties who have appeared in the case.

Milbank therefore respectfully requests that the Court withdraw Milbank, including attorneys Mark C. Scarsi and Ashlee N. Lin, as attorneys of record for CA, and that CM/ECF electronic notices in this action to these attorneys be terminated.

.

| | | |
|---|---|---|
| 1 | DATED:  June 6, 2018 | By: /s/ Mark C. Scarsi |
| 2 | | Mark C. Scarsi (SBN 183926)<br>mscarsi@milbank.com |
| 3 | | Ashlee N. Lin (SBN 275267)<br>anlin@milbank.com |
| 4 | | MILBANK, TWEED, HADLEY &MCCLOY LLP<br>2029 Century Park East 33rd Floor |
| 5 | | Los Angeles, California 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063 |

3

MOTION TO WITHDRAW
CASE NO. 3:18-cv-01891-VC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on June 6, 2018.

/s/ Ashlee N. Lin
Ashlee N. Lin