UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> 18-cv-01852-VC; 18-cv-01891-VC; 18-cv-01953-VC; 18-cv-01984-VC; 18-cv-02093-VC; 18-cv-03709-VC | **AMENDED PRETRIAL ORDER NO. 2: GRANTING MOTIONS TO WITHDRAW** |

The motions to withdraw as counsel to Cambridge Analytica, and in No. 18-cv-01852-VC, to SCL Group, are granted.

**IT IS SO ORDERED.**

Dated: September 25, 2018

VINCE CHHABRIA
United States District Judge